IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| VICTORIA HALL, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO.   1:26-CV-00123-MJT-CLS |
| JULIE POLEY, MICHAEL A FALECK, SULAY GRANT, DAWN HILL-KEARSE, | § § § | |
| *Defendants*. | § § | |

## ORDER OF DISMISSAL

This proceeding was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management.  *See* 28 U.S.C. § 636(b)(1); E.D. Tex. Loc. R. CV-72. On April 24, 2026, Judge Stetson issued a Report and Recommendation advising dismissal of Plaintiff's case for failing to state a claim and failing to obey a court order to replead her complaint. *See* [Dkt. 6].  Plaintiff did not object.  Accordingly, the Report and Recommendation [Dkt. 6] is **ADOPTED**.  Plaintiff's claims are **HEREBY DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  *See also* Fed. R. Civ. P. 41(b).  A final judgment will be entered.

**IT IS SO ORDERED**.

SIGNED this 15th day of May, 2026.

Michael J. Truncale
United States District Judge